# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYNE E. DIEFFENBACH, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 19-4948 |

## ORDER

**AND NOW**, this 29th day of May, 2020, for the reasons contained in the Court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED** and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. On remand, the Commissioner shall: (1) apply the lifetime commitment profile when evaluating Plaintiff's claim; (2) reconsider Plaintiff's testimony when evaluating her RFC and, if the ALJ wishes to reject Plaintiff's testimony, cite contrary medical evidence to explain why; and (3) consider Plaintiff's non-exertional limitations and, if necessary, apply the appropriate Medical-Vocational Guidelines or obtain the guidance of a vocational expert to determine what, if any, jobs Plaintiff can perform.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge